**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

AO 241
(Rev. 06/13)

Page 2

MAR 02 2023

**PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF**
**HABEAS CORPUS BY A PERSON IN STATE CUSTODY**

MITCHELL R. ELFERS
CLERK

| United States District Court | District: OF NEW MEXICO | |
|---|---|---|
| Name (under which you were convicted):  Steven Licero | Docket or Case No.: 23cv180-DHU-JHR | D-504-CR-2014-482 |
| Place of Confinement :  Lea County Correctional Facility | Prisoner No.: 64377 | |
| Petitioner (include the name under which you were convicted)  Steven Licero | Respondent (authorized person having custody of petitioner)  George Stephenson / N.M.C.D. | |
| The Attorney General of the State of: | | |

v.

**PETITION**

1.     (a) Name and location of court that entered the judgment of conviction you are challenging:

Fifth Judicial District Court

(b) Criminal docket or case number (if you know):   D-504-CR-2014-482

2.     (a) Date of the judgment of conviction (if you know):   August 12, 2016

(b) Date of sentencing:   August 12, 2016

3.     Length of sentence:   Life imprisonment (30 years before possibility of parole, plus ten (10) years

4.     In this case, were you convicted on more than one count or of more than one crime?    ☑ Yes    ☐ No

5.     Identify all crimes of which you were convicted and sentenced in this case:   First Degree Murder ( Felony Murder); Conspiracy To Commit First Degree Murder (Felony Murder); Tampering With Evidence; Armed Robbery.

6.     (a) What was your plea? (Check one)

☑ (1)     Not guilty          ☐ (3)     Nolo contendere (no contest)

☐ (2)     Guilty              ☐ (4)     Insanity plea

AO 241
(Rev. 06/13)

(b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did
you plead guilty to and what did you plead not guilty to?     _N/A_

_____

_____

_____

_____

_____

(c) If you went to trial, what kind of trial did you have? (Check one)

        ☑ Jury    ❑ Judge only

7. Did you testify at a pretrial hearing, trial, or a post-trial hearing?

        ☑ Yes    ❑ No

8. Did you appeal from the judgment of conviction?

        ☑ Yes    ❑ No

9. If you did appeal, answer the following:

(a) Name of court: _New Mexico Supreme Court_

(b) Docket or case number (if you know): _36128 - S-1-Sc_

(c) Result: _Affirmed_

(d) Date of result (if you know): _Unknown_

(e) Citation to the case (if you know): _State of New Mexico v. Steven Lucero_

(f) Grounds raised: _1. There was insufficient evidence to support Mr. Lucero's Convictions_
_For Felony Murder, Conspiracy to Commit Felony Murder, And Armed Robbery._

_____

_____

_____

_____

(g) Did you seek further review by a higher state court?    ❑ Yes  ☑ No

If yes, answer the following:

(1) Name of court: _Pending_

(2) Docket or case number (if you know): _____

(3) Result: _____

_____

(4) Date of result (if you know): _____

AO 241
(Rev. 06/13)

Page 4

(5) Citation to the case (if you know): _____ _____

(6) Grounds raised: _____

_____

_____

_____

(h) Did you file a petition for certiorari in the United States Supreme Court?    ☐ Yes    ☑ No

If yes, answer the following:

(1) Docket or case number (if you know): _____

(2) Result: _____

_____

(3) Date of result (if you know): _____

(4) Citation to the case (if you know): _____

10. Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court?    ☑ Yes    ☐ No

11. If your answer to Question 10 was "Yes," give the following information:

(a)    (1) Name of court: *Fifth Judicial District Court*

(2) Docket or case number (if you know): *D-504-CR-2014-482*

(3) Date of filing (if you know): *June 11, 2018*

(4) Nature of the proceeding: *State Habeas Corpus Petition (Amended)*

(5) Grounds raised: *Ineffective Assistance of Counsel; Prosecutorial Misconduct; Denial of Due Process of Law; Inappropriate Jury Misconduct During Voir Dire*

_____

_____

_____

_____

_____

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes    ☑ No

(7) Result: *Denied - Remanded For Further Information*

(8) Date of result (if you know): *August 8, 2018*

AO 241
(Rev. 06/13)

(b) If you filed any second petition, application, or motion, give the same information:

(1) Name of court: _Fifth Judicial District Court_

(2) Docket or case number (if you know): _D-504-CR-2014-00482_

(3) Date of filing (if you know): _October 15, 2019_

(4) Nature of the proceeding: _Amended Petition For Writ of Habeas Corpus_

(5) Grounds raised: _Whether Petitioner Was denied his Sixth Amendment Right to Effective Assistance of Counsel. Specifically, did Failure to Call Exculpatory Witnesses And An Alibi Witness Constitute Ineffective Assistance of Counsel??_

_____

_____

_____

_____

_____

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes    ☑ No

(7) Result: _Denied_

(8) Date of result (if you know): _N/A_

(c) If you filed any third petition, application, or motion, give the same information:

(1) Name of court: _New Mexico Supreme Court_

(2) Docket or case number (if you know): _S-1-SC-39315_

(3) Date of filing (if you know): _Unknown_

(4) Nature of the proceeding: _Petition For Writ of Certiorari_

(5) Grounds raised: _Unknown - Lost Paper Work_

_____

_____

_____

_____

_____

_____

_____

_____

AO 241
(Rev. 06/13)                                                                                                    Page 6

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes    ☑ No

(7) Result: _____

(8) Date of result (if you know): _____

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?

(1) First petition:    ☑ Yes    ☐ No

(2) Second petition:  ☑ Yes    ☐ No

(3) Third petition:   ☐ Yes    ☐ No

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not:

_____
_____

12.    For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.

GROUND ONE:    Individual Voir Dire Examination of Jurors

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Given the personal and prejudicial nature of the charges, Petitioner requested 'individual voir dire of each perspective' one who indicated that they had personal experience with Petitioner or state witnesses. Given the likely personal and private nature of their responses, A fair trial requires that the defendant be permitted to ask questions of the perspective juror in A private environment. Only the Jury can strip A man of his liberty or his life and A jury must be as indiffernt As he/she stands unsworn oath.

(b) If you did not exhaust your state remedies on Ground One, explain why:

_____
_____
_____
_____
_____
_____

AO 241
(Rev. 06/13)

(c)    **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue?    ☑ Yes    ☐ No

(2) If you did not raise this issue in your direct appeal, explain why: _____

_____

_____

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☐ Yes    ☑ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _____ N/k _____

Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number (if you know): _____ N/k _____

Date of the court's decision: ___ ___ ___ N/k ___ ___ ___

Result (attach a copy of the court's opinion or order, if available): _____ N/k _____

_____

_____

(3) Did you receive a hearing on your motion or petition?    ☐ Yes    ☑ No

(4) Did you appeal from the denial of your motion or petition?    ☐ Yes    ☑ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?    ☐ Yes    ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____ N/k _____

_____

Docket or case number (if you know): _____ N/k _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____ N/k _____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_Appeal is pending with the United States District Court through_

_Petition For Writ of Habeas Corpus by a Person in State Custody_

_____

_____

AO 241
(Rev. 06/13)

Page 8

(e) Other Remedies: Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have

used to exhaust your state remedies on Ground One: _____ None _____

_____

**GROUND TWO:** Insufficient Evidence to Support the Verdict.

_____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

The trial court erred by denying Petitioner's Motion For directed Verdict. The issue was preserved by Petitioner moving the trial court to dismiss All Counts when evidence was Not presented by the State Prosecution to support every element of the Crimes charged. No evidence was presented from which a jury could Reasonable infer that defendant Committed the Murder. The only evidence was Attested to by defendant's Ex-wife Vanessa Lucero-Valdez, who Admitted to being high on Narcotics And who Also Admitted that she Fabricated Several Statements She Made prior to trial.

(b) If you did not exhaust your state remedies on Ground Two, explain why: _____ exhausted _____

_____

(c)      **Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue?          ☑ Yes      ☐ No

(2) If you did not raise this issue in your direct appeal, explain why: _____

_____

(d)      **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☐ Yes      ☑ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _____ N/k _____

Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number (if you know): _____ N/k _____

Date of the court's decision: _____ N/k _____

AO 241
(Rev. 06/13)

Result (attach a copy of the court's opinion or order, if available): _____ N/A _____

_____

_____

(3) Did you receive a hearing on your motion or petition?    ☐ Yes    ☑ No

(4) Did you appeal from the denial of your motion or petition?    ☐ Yes    ☑ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?    ☐ Yes    ☑ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____ N/k _____

_____

Docket or case number (if you know): _____ N/k _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

_____ N/k _____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

Appeal pending with the United States District Court through a Federal Petition For Writ of Habeas Corpus by a Person in State Custody.

_____

_____

(e)    Other Remedies: Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you

have used to exhaust your state remedies on Ground Two : _____ None _____

_____

_____

GROUND THREE:    Ineffective Assistance of Counsel For Failure to Call Exculpatory Witnesses and An Alibi Witness.

~~(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):~~

Petitioner Asserts that shortly After Robert E. Tangora entered his Appearance As Counsel, defendant provided Counsel with the Name And Address of An Alibi Witness, Maria Torres, And two Additional witnesses with Exculpatory information:- Timmy Allen Emerson And Zanna Michelle Emerson, these Witnesses Also Signed Notarized Affidavits stating that they were never Contacted by trial Counsel prior to trial

_____

_____

AO 241
(Rev. 06/13)
Page 10

(b) If you did not exhaust your state remedies on Ground Three, explain why: _exhausted_

_____

_____

_____

(c) **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue?   ☐ Yes   ☑ No

(2) If you did not raise this issue in your direct appeal, explain why: _issue was only discovered_ _After the Court Proceedings._

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?
☑ Yes   ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _State Habeas Corpus Petition_

Name and location of the court where the motion or petition was filed: _Fifth Judicial District Court_

Docket or case number (if you know): _D-504 CR- 2014-00482_

Date of the court's decision: _March of 2022_

Result (attach a copy of the court's opinion or order, if available): _Denied_

_____

(3) Did you receive a hearing on your motion or petition?   ☐ Yes   ☑ No

(4) Did you appeal from the denial of your motion or petition?   ☑ Yes   ☑ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?   ☑ Yes   ☑ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _New Mexico Supreme Court_

Docket or case number (if you know): _N/A_

Date of the court's decision: _N/A_

Result (attach a copy of the court's opinion or order, if available): _N/A_

_____

_____

AO 241
(Rev. 06/13)

Page 11

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

ISSUE is being Presented in the Federal Habeas Corpus Petition Soon to be Filed in the United States District Court.

(e)  **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Three:  NONE

**GROUND FOUR:** Prosecutorial Misconduct - Vindictive prosecution

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

The prosecution injected unsubstantiated evidence and testimony From its Key Witness Janessa Lucero Valdez to the Jury that Could Not be Corroborated by other Evidence or testimony and Such injection of Unsubstantiated testimony by this Witness to the Jury was highly prejudicial to the defendant. Prosecutions improper vouching For the Credibility of its Key Witness and the Recantation of Several Statements that She Made, Tainted the jury trial which Required A Reversal And A New Trial.

(b) If you did not exhaust your state remedies on Ground Four, explain why:  exhausted

(c)  **Direct Appeal of Ground Four:**

(1) If you appealed from the judgment of conviction, did you raise this issue?    ☐ Yes    ☑ No

(2) If you did not raise this issue in your direct appeal, explain why:  Newly discovered After the trial Court Proceedings

(d)  **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?
☑ Yes    ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:  State Habeas Corpus Petition

AO 241
(Rev. 06/13)

Name and location of the court where the motion or petition was filed: *Fifth Judicial District Court*

Docket or case number (if you know): *D-504-CR-2014-00782*

Date of the court's decision: *unknown*

Result (attach a copy of the court's opinion or order, if available): *Denied*

(3) Did you receive a hearing on your motion or petition?    ☐ Yes    ☑ No

(4) Did you appeal from the denial of your motion or petition?    ☑ Yes    ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?    ☑ Yes    ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: *New Mexico Supreme Court*

Docket or case number (if you know): *unknown*

Date of the court's decision: *unknown*

Result (attach a copy of the court's opinion or order, if available): *Denied*

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: *N/A*

(e)    Other Remedies: Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Four: *N/A*

13.   Please answer these additional questions about the petition you are filing:

(a)   Have all grounds for relief that you have raised in this petition been presented to the highest state court
having jurisdiction?   ☑ Yes    ☐ No

If your answer is "No," state which grounds have not been so presented and give your reason(s) for not
presenting them: _____ _____

_____ _____

_____ _____

_____ _____

(b)   Is there any ground in this petition that has not been presented in some state or federal court?  If so, which
ground or grounds have not been presented, and state your reasons for not presenting them:

_____ _____

_____ _____

14.   Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction
that you challenge in this petition?       ☐ Yes    ☑ No

If "Yes," state the name and  location of the court, the docket or case number, the type of proceeding, the issues
raised, the date of the court's decision, and the result for each petition, application, or motion filed.  Attach a copy
of any court opinion or order, if available. _____

_____

_____

_____

_____

_____

15.   Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, for
the judgment you are challenging?       ☐ Yes    ☑ No

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues
raised. _____

_____

_____

_____

_____

AO 241
(Rev. 06/13)

16.    Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At preliminary hearing:    *Jesse R. Crosby*

(b) At arraignment and plea:    *Jesse R. Cosby*

(c) At trial:    *Robert Tangora*

(d) At sentencing:    *Robert Tangora*

(e) On appeal:    *Public Defender's Office  Robert Tangora*

(f) In any post-conviction proceeding:    *None*

(g) On appeal from any ruling against you in a post-conviction proceeding:    *None*

17.    Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?        ☐ Yes    ☑ No

(a) If so, give name and location of court that imposed the other sentence you will serve in the future:

(b) Give the date the other sentence was imposed:    *N/A*

(c) Give the length of the other sentence:    *N/A*

(d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the future?        ☐ Yes    ☑ No

18.    TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.*

AO 241
(Rev. 06/13)

Page 15

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in

part that:

(1)    A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in
custody pursuant to the judgment of a State court. The limitation period shall run from the latest of -

(A)    the date on which the judgment became final by the conclusion of direct review or the expiration
of the time for seeking such review;

(B)    the date on which the impediment to filing an application created by State action in violation of
the Constitution or laws of the United States is removed, if the applicant was prevented from
filing by such state action;

(C)    the date on which the constitutional right asserted was initially recognized by the Supreme Court,
if the right has been newly recognized by the Supreme Court and made retroactively applicable to
cases on collateral review; or

(D)    the date on which the factual predicate of the claim or claims presented could have been
discovered through the exercise of due diligence.

AO 241
(Rev. 06/13)

> (2)  The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

Therefore, petitioner asks that the Court grant the following relief: _Reverse Conviction And Remand back to State District Court For A New Trial_

or any other relief to which petitioner may be entitled.

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on _2-24-23_ (month, date, year).

Executed (signed) on _2-24-23_ (date).

_____
Signature of Petitioner

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition.

_____
_____
_____

STATE OF NEW MEXICO
NOTARY PUBLIC
SAMANTHA MCILRATH
COMMISSION # 1130661
EXPIRES SEPTEMBER 28, 2024